UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JENNIFER WEBSTER,<br>        Defendant. | Docket No. 2:16-CR-19-4 |

OPPOSITION TO MOTION FOR RELEASE ON CONDITIONS

The United States of America opposes defendant Jennifer Webster's Motion seeking to be released on conditions. While the United States is sympathetic to Webster's desire for substance abuse treatment, her pre-plea conduct while on release conditions makes it impossible for the Court to find she does not present a risk of danger or non-appearance that can be addressed on conditions. Pursuant to 18 U.S.C. § 3143(a)(2), the court "shall order" Webster's continued detention.

Dated at Burlington, in the District of Vermont, October 20, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By:    */s/ Michael P. Drescher*
       Michael P. Drescher
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725
       Michael.Drescher@usdoj.gov

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on October 20, 2016, and the CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Robert Behrens, Esq., Counsel for Defendant.

Dated at Burlington, in the District of Vermont, October 20, 2016.

/s/ Michael P. Drescher
Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.Drescher@usdoj.gov