NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       **v.**                    **Case No: 2:16-cr-19-4**

**JENNIFER WEBSTER**

**TAKE NOTICE** that the above-entitled case has been scheduled at 1:00 p.m. on Tuesday, November 8, 2016, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Hearing on the Second Motion for Reconsideration of the Detention Order (doc. 74).

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 10/25/2016** | **By /s/Jennifer Ruddy** |
| | **Deputy Clerk** |

**TO:**

**Michael Drescher, AUSA**

**Robert S. Behrens, Esq.**

**Capital Court Reporters**